| PROB 22 (Rev. 2/88) | DOCKET NUMBER (Tran. Court) |
|---|---|
| **TRANSFER OF JURISDICTION** | W-09-CR-191(10) ADA |
| | DOCKET NUMBER (Rec. Court) |
| | CR-20-66-G |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| SCOTT, Tommy<br>(AKA: Tommy Edward Scott, Jr.)<br>Oklahoma | TX WESTERN | Waco |
| | NAME OF SENTENCING JUDGE | |
| | U.S. District Judge Walter S. Smith, Jr. | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 12/06/2017 | TO 12/05/2022 |

**OFFENSE**

-Conspiracy to Possess With Intent to Distribute at Least 500 Kilograms of Methamphetamine – a Schedule II Controlled Substance 21 U.S.C. §§ 846, 841(a)(1), & 841(b)(1)(A)(viii)
-Conspiracy to Commit Money Laundering     18 U.S.C. § 1956(h)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN</u> DISTRICT OF <u>TEXAS</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the <u>Western District of Oklahoma</u> upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_____     _____
Date                                                United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

<u>March 25, 2020</u>                                _Charles B. Goodwin_
Effective Date                                           United States District Judge